UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MATTHEW,<br><br>             Plaintiff,<br><br>v.<br><br>RPH ON THE GO USA, INC. and MPS GROUP, INC.,<br><br>             Defendants. | CASE NO. CV 11-01999 LJO-BAM<br><br>**ORDER SETTING HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE AND REQUEST TO REOPEN NON-EXPERT DISCOVERY** |

    The Court has received Plaintiff's Motion for Settlement Conference and Request to Reopen Non-Expert Discovery. (Doc. 12-15.) The Court sets a hearing on Plaintiff's Motion for <u>February 8, 2013, at 9:00 AM</u>, in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe. Defendants shall file their opposition brief no later than January 25, 2013. Plaintiff shall file his reply brief no later than February 1, 2013.

    **IT IS SO ORDERED.**

    Dated:   **January 16, 2013**                  /s/ **Barbara A. McAuliffe**
                                                                             **UNITED STATES MAGISTRATE JUDGE**

1